JPML FORM 1A - Continuation                DOCKET ENTRIES -- p. __1__

DOCKET NO. __312__ -- IN RE LEWIS BUSINESS PRODUCTS, INC. "SALESMEN EMPLOYMENT AGREEMENT" LITIGATION

| Date | No. Code | |
|---|---|---|
| 7/1/77 | 1 | MOTION, BRIEF, CERT. OF SERVICE -- Defendants GEORGE L. GOGAN and BALTIMORE BUSINESS FORMS, INC. -- Suggested Transferee District: M.D. Tennessee  Suggested Transferee Judge: |
| 7/11/77 | | APPEARANCE -- Frank C. Gorrell, Esq. for LEWIS BUSINESS PRODUCTS, Donald N. Jaffe, Esq. for GEORGE L. GOGAN, BALTIMORE BUSINESS FORMS, INC., ARONOLD GRAPHIC INDUSTRIES, INC., ROBERT M. WRIGHT, RICHARD L. SMITH AND JERRY R. THURSTON |
| 7/19/77 | 2 | RESPONSE TO MOTION TO TRANSFER w/BRIEF IN SUPPORT OF OPPOSITION TO MOTION TO TRANSFER -- Plaintiff Lewis Business Products, Inc., w/cert. of service. |
| 8/11/77 | | LETTER -- Counsel for Lewis Business Products w/dismissal order for A-2 and LETTER from counsel for movant requesting motion for 1407 consideration be withdrawn |
| 8/11/77 | | ORDER --GRANTING MOVANTS REQUEST TO WITHDRAW MOTION Notified Clerks, Judges and Counsel. |

DOCKET NO. 312 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LEWIS BUSINESS PRODUCTS, INC. "SALESMEN EMPLOYMENT AGREEMENT" LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) __Not Heard__

Consolidation Ordered _____   Consolidation Denied __Aug 11, 1977__
Opinion and/or Order  XXXXXXXXXXX                              Unpublished
         Citation    XXXXXXXXXXX

Transferee District _____   Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lewis Business Products, Inc. v. George L. Grogan, et al. | D. N.J. Biunno | N77-1077 | | | | |
| A-2 | Lewis Business Products, Inc. v. Arnold Graphic Industries, Inc., et al. | M.D. TN Morton | 77-3258-NA-CV | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 312 -- IN RE LEWIS BUSINESS PRODUCTS, INC. "SALESMEN EMPLOYMENT AGREEMENT" LITIGATION

---

LEWIS BUSINESS PRODUCTS, INC.
  (A-1 & A-2)
Frank C. Gorrell, Esquire
Bass, Berry & Sims
2700 First American Center
Nashville, Tennessee  37238

GEORGE L. GOGAN
BALTIMORE BUSINESS FORMS, INC.
ARNOLD GRAPHIC INDUSTRIES, INC.
ROBERT M. WRIGHT
RICHARD L. SMITH
JERRY R. THURSTON
Donald N. Jaffe, Esquire
Roemish and Wright
800 National City Bank Bldg.
Cleveland, OH  44114

JORDAN BUSINESS FORMS, INC.
JOHN B. BOLTON
RALPH SHELL
William L. Brooks, Esquire
Waller, Lasden, Dortch & Davis
American Trust Building
Nashville, Tennessee  37219

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 312 -- IN RE LEWIS BUSINESS PRODUCTS, INC. "SALESMEN EMPLOYMENT AGREEMENT" LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| GEORGE L. GOGAN | A-1 |
| BALTIMORE BUSINESS FORMS, INC. | A-1 |
| JOHN P. BOLTON | A-2 |
| RALPH SHELL | A-2 |
| ARNOLD GRAPHIC INDUSTRIES INC. | A-2 |
| ROBERT M. WRIGHT | A-2 |
| RICHARD L. SMITH | A-2 |
| JERRY R. THRUSTON | A-2 |
| | |
| | |
| | |