DOCKET NO. 312

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 11 1977

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LEWIS BUSINESS PRODUCTS, INC. "SALESMEN EMPLOYMENT AGREE-
MENT" LITIGATION

8/11/77

ORDER GRANTING WITHDRAWAL OF MOTION

On July 1, 1977, Baltimore Business Forms, Inc. and
George L. Gogan, defendants in the District of New Jersey
action listed on the attached Schedule A, moved the Panel
pursuant to 28 U.S.C. §1407 for an order transferring the
District of New Jersey action to the Middle District of
Tennessee for coordinated or consolidated pretrial pro-
ceedings with the action which was pending there and is listed
on Schedule A.  Movants have now informed us that a consent
judgment has been entered in the Middle District of Tennessee
action and accordingly, since there is only a single action
remaining in this litigation at the present time, have re-
quested permission to withdraw their motion.

IT IS THEREFORE ORDERED, that the movants' request to
withdraw their motion be  granted and that the motion be,
and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

John Minor Wisdom

_____
John Minor Wisdom
Chairman

Schedule A                                    MDL-312

## DISTRICT OF NEW JERSEY

Lewis Business Products, Inc. v. George L.        Civil Action
Gogan, et al.                                     No. N77-1077

## MIDDLE DISTRICT OF TENNESSEE

Lewis Business Products, Inc. v. Arnold           Civil Action
Graphic Industries, Inc., et al.                  No. 77-3258-NA-CV